DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHNSON CUFFY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2449

[May 28, 2026]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Frank David Ledee, Judge; L.T. Case No. 062008CF019151A88810.

Johnson Cuffy, Avon Park, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***